WHITE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 25, 1911.) Action by Louis White against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied. See, also, 126 N. Y. Supp. 1150.

WHITTLESEY, Respondent, v. PHILIP BECKER & CO., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 8, 1911.) Action by Frederick Whittlesey, as trustee, etc., against Philip Becker & Co. No opinion. Motion to amend decision denied, without costs. See, also, 126 N. Y. Supp. 1046.

WILLCOX et al., Respondents, v. RICHMOND LIGHT & R. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by William R. Willcox and others against the Richmond Light & Railroad Company and another. No opinion. Motion denied, without costs.

WILLETS, Respondent, v. POOR, Appellant, et al. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by Howard Willets against Henry W. Poor, impleaded with others. No opinion. Motion to resettle order denied, with $10 costs. See, also, 126 N. Y. Supp. 926.

WILSON et al. v. NEVINS. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Appeal from Trial Term, New York County. Action by Jane Wilson and another against Thomas A. Nevins. From a judgment for plaintiffs, defendant appeals. Modified and affirmed. Schuyler C. Carlton, for appellant. Godfrey Goldmark, for respondent. PER CURIAM. The judgment should be modified, upon respondent's stipulation, by deducting $552.30 from the amount recovered, and, as modified, the judgment, and the order appealed from, should be affirmed, without costs.

INGRAHAM, P. J. (dissenting). I dissent, upon the ground that there is no evidence to justify a finding that the defendant had constituted his wife as his agent to make the purchases in question.

WINNE, Respondent, v. CHAPMAN, Appellant. (Supreme Court, Appellate Division,

Third Department. March 8, 1911.) Action by David Winne against Lorenzo B. Chapman. No opinion. Judgment and order unanimously affirmed, with costs.

WIRSING v. SAUER. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Peter F. Wirsing against John Sauer. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

WITHERBEE et al. v. DILWORTH et al. (Supreme Court, Appellate Division, First Department. February 24, 1911.) Action by Alfred S. Witherbee and others against Lawrence Dilworth, impleaded with others. No opinion. Motion granted, and questions certified, as stated in order. Order filed.

WOLDENBERG, Respondent, v. DIXIE TRUST & SECURITY CO., Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Jack L. Woldenberg against the Dixie Trust & Security Company. H. D. Nims, for appellant. M. Mackenzie, for respondent. No opinion. Order affirmed, without costs. Order filed.

WOOD, Respondent, v. SULLIVAN. Appellant. (Supreme Court, Appellate Division, Third Department. January 4. 1911.) Action by Warren Wood against John J. Sullivan. No opinion. Judgment unanimously affirmed, with costs.

WOOD et al. v. WINSLOW et al. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by George M. Wood and others against Bradley Winslow and another, impleaded with others. PER CURIAM. Order affirmed, with $10 costs and disbursements. WILLIAMS, J., dissents.

WORDEN, Respondent, v. SKENANDOA COTTON CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. February 1, 1911.) Action by Percy Worden, an infant, etc., against the Skenandoa Cotton Company. No opinion. Judgment and order affirmed, with costs.

YOUNG et al. v. BARKER et al. (Supreme Court, Appellate Division, Second Department. January 27, 1911.) Action by Charles H. Young and Charles T. Dunning, as substituted trustees, etc., against Edith M. Barker, individually and as executrix, etc., and others. No opinion. Order modified, by providing that the respondents have costs, payable out of the estate. See, also, 127 N. Y. Supp. 211.